FILED
CLERK, U.S. DISTRICT COURT

8/19/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____cw_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINATOR SCOOTER ACCESSORIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> METAL CORE DISTRIBUTION PTY., LTD., d/b/a/ ENVY SCOOTERS; and ENVY SCOOTERS, PTY., LTD., f/k/a METAL CORE DISTRIBUTION PTY., LTD., <br><br> Defendants. | Case No. EDCV 13-01129 MWF (SPx) <br><br> [Hon. Michael W. Fitzgerald] <br><br> **AMENDED FINAL JUDGMENT** <br><br> Complaint served: June 28, 2013 <br><br> Related Case <br> Case No. ED cv13-01128 MWF (SPx) |
| EASTWARD SPORTS GROUP, INC. <br><br> Intervenor. | |

Defendants Metal Core Distribution Pty., Ltd. ("Metal Core"), Envy Scooters, Pty., Ltd. ("Envy"), Gravity Group Inc. ("Gravity") and Phoenix Sports, Inc. ("Phoenix") ("Defendants" and collectively Metal Core, Gravity and Phoenix are the "Prevailing Parties") came before this Court on February 9, 2015 at 10:00 a.m. in Courtroom 1600 of the above-entitled Court, the Honorable Michael W. Fitzgerald presiding, on Defendants' Motions to Add Eastward Sports Group, Inc. ("Eastward") as a Judgment-Debtor. On November 5, 2014, the Court confirmed the Final Arbitration Award against Dominator Scooter Accessories, Inc. ("DSA").

In light of the foregoing, in accordance with the Court's Order dated August 13, 2015, amending the Final Judgment to add Eastward as a Judgment-Debtor, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Pursuant to the Federal Arbitration Act 9 U.S.C. § 1 *et seq.* the August 12, 2014 Final Award issued by the Hon. Terry B. Friedman (Ret.), is confirmed in its entirety;

2. In conformity with the Court's Order dated August 13, 2015, Eastward should be held to answer for the obligations of DSA to the Prevailing Parties, including amounts due pursuant to the Final Award, as its successor in interest;

3. The Prevailing Parties shall recover from DSA and Eastward, jointly and severally, the amount of $411,566.71;

4. Post-judgment interest is awarded on the sum of $411,566.71 at the rate of .11% per annum, for a daily rate of $1.24 commencing on November 6, 2014 until the judgment is paid.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: August 19, 2015

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1

AMENDED FINAL JUDGMENT